IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**BRADLEY SCOTT SUTTERFIELD,**<br><br>*Defendant.* | Case No.     24-CR-27-RAW |

# INFORMATION

The United States Attorney charges:

## COUNT ONE

### BANK FRAUD
### [18 U.S.C. § 1344(2)]

On or about March 28, 2023, in the Eastern District of Oklahoma and elsewhere, the Defendant, **BRADLEY SCOTT SUTTERFIELD**, did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution and to obtain moneys, funds, credits, assets, and other property owned by, and under the control of The Bank N.A., a federally insured financial institution, by means of material false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

### FORFEITURE ALLEGATION
### [18 U.S.C. § 982(a)(2)(A)]

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A).

Upon conviction of the offense charged in Count One of this Information involving violations of Title 18, United States Code, Section 1344, the defendant, **BRADLEY SCOTT**

**SUTTERFIELD**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violations. The property to be forfeited includes, but is not limited to:

- $16,840.00 in United States currency seized from the defendant by law enforcement on or about April 6, 2023.

- An asset forfeiture money judgement in the amount of $25,548.00, representing the proceeds obtained by the defendant as a result of these violations, less the United States Currency described above; and

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

Christopher J. Wilson
United States Attorney

*/s/ Kara Traster*

Kara Traster, VABA #79671
Assistant United States Attorney