UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | Case No.: | CR-24-27-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 07/11/2024 |
| | ) | | |
| BRADLEY SCOTT SUTTERFIELD, | ) | Time: | 10:04 a.m. – 10:21 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET – SENTENCING HEARING

U.S. District Court Judge Ronald A. White     Teka Stephens, Deputy Clerk     Karla McWhorter, Reporter
FTR Courtroom:   2 - Room 224

Counsel for Plaintiff:     Kara Traster, Asst. United States Attorney
Counsel for Defendant:  Cheryl Minnix Thigpen, Appointed   ☒ Defendant appears in person with counsel

☒ Plaintiff & Defendant reviewed PSI:
    ☒ Government  - Objections:   ☐ Yes  ☒ No
    ☒ Defendant    - Objections:   ☐ Yes  ☒ No

☒ PSI will form factual basis for sentencing

☒ Terms of Plea Agreement outlined by Gov't    ☒ Defendant Agrees.
☒ Findings: Court adopts Plea Agreement as set forth in this matter.

☐ Court GRANTED Government's Motion for One Point Reduction.

**Additional minutes:** Court inquired if the courtroom needed to be sealed. Counsel responded. Court directed that the transcript be sealed. **(RAW)** Court addressed Sealed Motion. Counsel responded. ENTERING FINDINGS re: Sealed Motion. **(RAW)** Court inquired regarding victims. Government responded. Court made inquiry of defendant as to his change of plea before U.S. Magistrate Judge. Defendant and counsel responded confirming the consent. ENTERING FINDING and affirming the finding of guilt and acceptance of plea before the U.S. Magistrate Judge. **(RAW)**

☒ Defendant and counsel asked if they care to say anything prior to sentence being pronounced
    ☒ Statements by Government in aggravation/mitigation of punishment
    ☒ Statements by defendant's counsel
    ☒ Statements by defendant

    **SENTENCE:**   As to Count 1 of the **Information**
☒ **Bureau of Prisons for a term of**   3 months        ☐ Concurrent   ☐ Consecutive
☒ **Supervised Release for a term of**  3 years         ☐ Concurrent   ☐ Consecutive
☒ **Special Assessment:**           $100.00             ☒ due immediately
☐ **Fine:**                                              ☐ with interest   ☐ interest waived
☒ **Restitution:**                  $30,608.00           ☐ with interest   ☒ interest waived

Defendant shall pay restitution in the amount of $30,608.00 pursuant to 18 USC §3663A, to the victims set forth in a separate victim list prepared by the probation office, which this Court adopts. The victim list, which shall be forwarded to the fiscal section of the clerk's office, shall remain confidential to protect the privacy interests of the victims. The restitution shall be paid through the United States Court Clerk for the Eastern District of Oklahoma and is due immediately. If defendant's financial condition does not allow for immediate payment, the restitution is to be paid in monthly installments of not less than $(150), beginning 60 days after release. Notwithstanding establishment of a payment schedule, nothing shall prohibit the United States from executing or levying upon non-exempt property of the defendant discovered before or after

the date of this judgment. In the event defendant receive any federal or state income tax refund during the period of supervision, defendant shall pay 100% of the total refund toward said restitution. Due to defendant's projected earning ability, the Court has determined to waive any interest that may accrue pending payment in full.

☒ **STANDARD CONDITIONS** of Probation given, including the following **Special Conditions:**
**1.** Defendant shall participate in a program approved by the United States Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to determine if defendant have reverted to the use of drugs or alcohol and may include outpatient treatment. **2.** Defendant shall successfully participate in a program of mental health treatment and follow the rules and regulations of the program. The probation officer, in consultation with the treatment provider, will determine the treatment modality, location, and schedule. Defendant shall waive any right of confidentiality in any records for mental health treatment to allow the probation officer to review the course of treatment and progress with the treatment provider. Defendant must pay the costs of the program or assist in payment of the costs of the program if financially able. **3.** Defendant shall submit to a search conducted by a United States Probation Officer of defendant's person, residence, vehicle, office and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation.

Defendant shall forfeit to the United States the personal property as set forth in the Preliminary Order of Forfeiture.

☒ REASONS FOR IMPOSING SENTENCE given by Court
☒ Defendant advised of right to appeal        ☐ Defendant gave notice that a waiver of appeal would be filed
☐ Remaining counts ordered dismissed: ___
☐ Defendant requested a BOP facility _____ to facilitate family contact ☐ So recommended by the Court.
☒ Defendant remanded to the custody of the U.S. Marshal
☒ Court adjourned