Prob12C
(8/01)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Oklahoma

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bradley Scott Sutterfield     Case Number: CR-24-00027-001-RAW

Name of Judicial Officer:   The Honorable Ronald A. White

Date of Original Sentence: July 11, 2024

Original Offense: Ct. 1- Bank Fraud

Original Sentence: Ct. 1- 3 months custody, with 3-year term of supervised release.

Type of Supervision:  Supervised Release     Date Supervision Commenced: July 18, 2024

Asst. U.S. Attorney:  Kara Traster     Defense Attorney:   To be determined

### PETITIONING THE COURT

[X]     To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must not commit another federal, state, or local crime.**<br><br>According to McAlester Police department incident report no. 2024-0953, Bradley Sutterfield was arrested by McAlester Police department for Larceny of Merchandise from a Retailer and Trespassing.<br><br>On August 23, 2024, McAlester Police officer Dylan Harnly was dispatched to Walmart retail establishment at 432 S. George Nigh Expressway in reference to a shoplifter. While Officer Harnly was in route to Walmart, he noticed the black SUV matching the vehicle description of the alleged shoplifter. Officer Harnly alerted other units in the area that he had seen the |

1

vehicle in question. Officer Harnly attempted to pursue vehicle. A short while later, Officer Harnly received word that the vehicle in question was pulled over. After arriving on the scene, Officer Harnly identified the driver as Bradley Sutterfield. Mr. Sutterfield commented to officer Harnly that he was on "federal probation and can't be getting into any trouble." Officer Harnly contacted Walmart asset protection employee Joshua Huffstutlar and received a comprehensive description of the alleged crime that was committed by Mr. Sutterfield and the items that were taken by Mr. Sutterfield. According to Huffstutlar, Mr. Sutterfield picked out several items and scanned them in using the Walmart app on his phone. After scanning approximately 45 items totaling $516.90 and waiting for the app to time out, he walked out of the store without completing payment on the app. When Huffstutler approached Mr. Sutterfield, he took off, got in his vehicle, and left. After completing his investigation, Officer Harnly placed Mr. Sutterfield under arrest for larceny of merchandise and for trespassing at Walmart in McAlester which he was previously banned from entering. Subsequently, Mr. Sutterfield was transported to the Pittsburg County jail. On August 24, 2024, Mr. Sutterfield bonded out of custody by posting $800 bond. Official charges are anticipated to be filed in Pittsburg County.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
　　　[X]   Revoked

|  | Reviewed and approved, |  | Respectfully submitted, |
|---|---|---|---|
| by: | s/ Robert L. Gwin | by: | s/ Christopher Villanueva |
|  | Robert L. Gwin | | Christopher Villanueva |
|  | Supervisory U. S. Probation Officer | | U.S. Probation Officer |
|  | Date: August 26, 2024 | | Date: August 26, 2024 |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Dated this 27th day of August, 2024.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE