Prob12A (6/98)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Oklahoma

### Report on Offender Under Supervision

Name of Offender:   Bradley Scott Sutterfield          Case Number CR-24-00027-001-RAW

Name of Judicial Officer: The Honorable Ronald A. White

Date of Original Sentence: July 11, 2024

Date of Revocation: November 7, 2024

Original Offense: Ct. 1- Bank Fraud

Original Sentence: Ct. 1- 3 months custody, with 3-year term of supervised release

Revocation Sentence: 8 months term of imprisonment with 1-year term of supervised release

Type of Supervision:  Supervised Release          Date Supervision Commenced: March 18, 2025

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must not unlawfully possess a controlled substance.** |
| | On May 14, 2025, Mr. Sutterfield admitted to the probation officer verbally that he had used methamphetamine on May 14, 2025. |
| **Special Condition** | **The defendant shall participate in a program approved by the United States Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include testing…** |
| | On May 12, 2025, Mr. Sutterfield failed to report for his scheduled drug screen as required. |

1

<u>U.S. Probation Officer Action:</u>  Mr. Sutterfield has been verbally reprimanded and re-instructed regarding his conditions of supervision. He has been referred for mental health and substance abuse counseling and random drug testing will continue. No Court action is requested at this time. The Court will be advised of any further violations.

Reviewed and approved,                                    Respectfully submitted,

by:   s/ Robert L. Gwin                           by:   s/ Robert M. Lang Jr.

Robert L. Gwin                                         Robert M. Lang Jr.
Supervisory U. S. Probation Officer                    U.S. Probation Officer
Date: May 19, 2025                                     Date: May 19, 2025

[ X ]   The Court concurs that no action be taken at this time
[   ]   Submit a Request for Modifying the Condition or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

Dated this 21ST day of May, 2025.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE