Prob12C

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Oklahoma

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Bradley Scott Sutterfield          Case Number: CR-24-00027-001-RAW

Name of Judicial Officer: The Honorable Ronald A. White

Date of Original Sentence: July 11, 2024

Date of Revocation: November 7, 2024

Original Offense: Ct. 1: Bank Fraud

Original Sentence: Ct. 1: 3 months custody, with 3-year term of supervised release

Revocation Sentence: 8 months term of imprisonment, with 1-year term of supervised release

Type of Supervision:  Supervised Release     Date Supervision Commenced: March 18, 2025

Asst. U.S. Attorney: Shannon Henson            Defense Attorney: To be determined

---

### PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must not commit another federal, state or local crime.** |
| | On June 27, 2025, Deputy Owens with the Pittsburg County Sheriff's Office took a report from Glenn Boatwright. Mr. Boatwright advised he had $1,000 taken from his bank account. He reported Mr. Sutterfield, one of his employees, had gained access to Mr. Boatwright's personal debit card number and then made a bogus work order to gain funds from Mr. Boatwright's account. Mr. Sutterfield used Clint Buckner to contact Denny |

1

|  |  |
|---|---|
|  | Jameson to use Mr. Jameson's farm account to deposit the funds into. Mr. Jameson confirmed to law enforcement he was contacted by Mr. Buckner and asked to write up a bogus work invoice, billing Mr. Boatwright for $1,000. Mr. Jameson also confirmed the money was deposited into his account from Mr. Boatwright's. He also confirmed Mr. Sutterfield was the individual who had supplied the debit card information to him to gain the funds. Charges have been submitted to the Pittsburg County District Attorney for formal filing. |
| **Mandatory Condition** | **You must not unlawfully possess a controlled substance.** |
|  | On April 30, 2025, Mr. Sutterfield submitted a urine sample that tested positive for methamphetamine. Mr. Sutterfield admitted to the probation officer verbally that he had used methamphetamine on or around April 27, 2025. |
|  | On May 14, 2025, Mr. Sutterfield admitted to the probation officer verbally that he had used methamphetamine on May 14, 2025. |
|  | On June 12, 2025, Mr. Sutterfield admitted to the probation officer verbally that he had used methamphetamine on or around June 10, 2025. |
| **Special Condition** | **The defendant shall participate in a program approved by the United States Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include testing…** |
|  | On April 28, 2025; May 12, 2025; June 3, 2025; June 10, 2025; and June 12, 2025, Mr. Sutterfield failed to report for his scheduled drug screens as required. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
      [X]   Revoked

Reviewed and approved,                          Respectfully submitted,

by:   s/ Robert L. Gwin                   by:   s/ Hilary Kirk

Robert L. Gwin                                  Hilary Kirk
Supervisory U. S. Probation Officer             Sr. U.S. Probation Officer
Date: July 3, 2025                              Date: July 3, 2025

THE COURT ORDERS

[   ]   No Action
[ X ]   The Issuance of a Warrant
[   ]   The Issuance of a Summons
[   ]   Other

Dated this 7th day of July, 2025.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE