FILED

JUL 1 1 2025

BONNIE HACKLER
Clerk, U.S. District Court
By_____
　　　Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| 　　　　　　　Plaintiff, ) | |
| ) | |
| v. ) | Case No.　CR-24-27-RAW |
| ) | |
| BRADLEY SCOTT SUTTERFIELD, ) | |
| 　　　　　　　Defendant. ) | |

### REPORT OF PRELIMINARY HEARING ON
### PETITION TO REVOKE SUPERVISION

Defendant-offender appeared with counsel, and after being advised of his rights, pursuant to the provisions of Fed. R. Crim. P.32.1, waived his preliminary hearing as reflected in the Waiver of Preliminary Examination or Hearing. Therefore, the Court finds probable cause to refer this matter to the sentencing court for final revocation hearing.

Dated this 11th day of July, 2025.

_____
D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE