O AO 471 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA



FILED
JUL 11 2025
BONNIE HACKLER
Clerk, U.S. District Court
By_____ Deputy Clerk

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE |
|---|---|
| v. | |
| BRADLEY SCOTT SUTTERFIELD | Case No. CR-24-27-RAW |
| *Defendant* | |

I find that the defendant

☒ is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law, or

☒ on supervised release, probation, or parole for an offense under federal, state, or local law,

☒ and I further find that:

☐ the defendant may ☐ flee, or ☐ pose a danger to another person or the community

☐ the defendant does not oppose detention at this time but reserves the right to move for a detention hearing in the future.

☒ the defendant waives a detention hearing pending a final revocation hearing.

I accordingly ORDER the detention of the defendant without bail pending a final revocation hearing.

Date: 7/11/2025

_____
D. EDWARD SNOW
U.S. Magistrate Judge